UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNETA M. MANSFIELD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1468 (RWR) |
| ) | |
| SCOTT BLOCH, UNITED STATES ) | |
| OFFICE OF THE SPECIAL COUNSEL ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time, to Monday, October 3, 2005, to respond to plaintiff's Complaint.

Defendant received a copy of the summons and complaint on August 3, 2005. The summons incorrectly indicated that defendant must respond within 20 days after service of the summons, or by August 23, 2005. The proper length of time in which the United States, an agency of the United States, or an officer or employee of the United States sued in an official capacity has to serve an answer to the complaint or cross-claim is sixty (60) days. See Rule 12(a)(3)(A) and (B). Therefore, the correct deadline for defendant's response is October 3, 2005.

Counsel for defendant attempted to contact plaintiff's counsel for their consent to this motion and left a message with counsel, but was unable to reach them.

August 23, 2005                             Respectfully submitted,

 

_____

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

 

_____

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

 

_____

DIANE SULLIVAN
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C.  20530
(202) 514-7204

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 23rd day of August, 2005, I caused the foregoing motion to be served on plaintiff, postage prepaid and addressed as follows:

Beth S. Slavet
Beins, Axelrod, Kraft, Gleason & Gibson, P.C.
1717 Massachusetts Ave., N.W., Ste. 704
Washington, D.C. 20036

                                                          DIANE SULLIVAN
                                                          Assistant United States Attorney