UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNETA M. MANSFIELD  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SCOTT BLOCH, UNITED STATES  )<br>OFFICE OF THE SPECIAL COUNSEL  )<br>)<br>Defendant.  )<br>) | Civil Action No. 05-1468 (RWR) |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendant shall file an answer or dispositive motion on or before October 3, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Diane Sullivan
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Beth S. Slavet
Beins, Axelrod, Kraft, Gleason & Gibson, P.C.
1717 Massachusetts Ave., N.W., Ste. 704
Washington, D.C.  20036