UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
BENNETA M. MANSFIELD               )
                                   )
            Plaintiff,             )
                                   )
      v.                           )    Civil Action No. 05-1468 (RWR)
                                   )
SCOTT BLOCH, United States         )
Office of the Special Counsel      )
                                   )
            Defendant.             )
                                   )
_____)

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or otherwise respond to the Complaint up to and including October 28, 2005.

The defendant intends to file a dispositive motion in response to the complaint.  Counsel for the defendant will be out of town from October 5-7, 2005.  During the past three weeks, counsel has filed major substantive motions or replies in Doyle v. Reno, No. 00-0577 (Court of Appeals), Howell v. DOJ, Civil Action No. 04-0278, Maye v. Reno, Civil Action No. 00-0220 and Black v. Tomlinson, Civil Action No. 03-0064 which is due today, October 3, 2005.  In addition, counsel spent considerable time settling Forman v. Heyman, Civil Action No. 97-0112, which was scheduled for trial on September 19, 2005 and has prepared

numerous other motions and Rule 16.3 reports. As a result, counsel has had insufficient time to devote to the necessary research and drafting of a dispositive motion in the instant case. It is unlikely that this request will delay the ultimate resolution of the case. Indeed, the dispositive motion will be filed by the time a Rule 16.3 report is normally due.

Counsel for defendant contacted plaintiff's counsel who "vigorously" opposes the motion.

Wherefore, it is respectfully requested that the defendant have up to and including October 28, 2005 to file a dispositive motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205