UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
BENNETA M. MANSFIELD          )
                              )
           Plaintiff,         )
                              )
   v.                         )   Civil Action No. 05-1468 (RWR)
                              )
SCOTT BLOCH, United States    )
Office of the Special Counsel )
                              )
           Defendant.         )
                              )
_____)
```

**<u>ORDER</u>**

UPON CONSIDERATION of the defendant's Motion for Enlargement of Time, it is by the Court this ____ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that defendant shall answer or otherwise respond to the complaint on or before October 28, 2005.

```
                          _____
                          UNITED STATES DISTRICT JUDGE
```

Copies to:

Diane Sullivan
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Civil Division
Washington, D.C.  20530

Beth S. Slavet
Beins, Axelrod, Kraft, Gleason & Gibson, P.C.
1717 Massachusetts Ave., N.W., Ste. 704
Washington, D.C.  20036