UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BENNETA M. MANSFIELD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT BLOCH, United States )<br>Office of the Special Counsel )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1468 (RWR) |

## ORDER

UPON CONSIDERATION of the defendant's Motion for Enlargement of Time, it is by the Court this _18th_ day of _October_, 2005, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that defendant shall answer or otherwise respond to the complaint on or before October 28, 2005.

Further requests for extensions will be disfavored.

/s/
_____
UNITED STATES DISTRICT JUDGE