UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BENETTA M. MANSFIELD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05-1468 (RWR) |
| ) | |
| **SCOTT BLOCH, United States el,** ) | |
| **Office of the Special Counsel** ) | |
| ) | |
| **Defendant** ) | |

### NOTICE OF VOLUNTARY DISMISSAL

The Court will enter a voluntary dismissal of this action pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

                               _____
                               BETH SUSAN SLAVET
                               D.C. Bar. # 305805
                               BEINS, AXELROD, GLEASON & GIBSON, P.C.
                               1717 Massachusetts Avenue, N.W.
                               Suite 704
                               Washington, D.C. 20036
                               (202)328-7222, Ext. 108
                               (202)328-7222 (fax)

October 28, 2005

## **CERTIFICATE OF SERVICE**

     A copy of Plaintiff's Notice and proposed Order has been served on the defendant by sending it to Diane Sullivan, Assistant U.S. Attorney, U.S. Department of Justice, 535 Fourth Street, N.W., Washington, D.C. by U.S. first class prepaid postage on this 28th day of October, 2005.

                                                               _____
                                                                Beth S. Slavet