UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BENETTA M. MANSFIELD,** )<br>)<br>Plaintiff, )<br>)<br>v, )<br>)<br>**SCOTT BLOCH,** United States )<br>**Office of the Special Counsel** )<br>)<br>**Defendant** ) | C.A. No. 05-1468 (RWR) |

## ORDER

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and the Plaintiff's notice thereunder, this case is dismissed without prejudice.

_____
Judge Richard W. Roberts

Dated: